UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

BLUE SPIRITS DISTILLING, LLC,

　　　　Debtor.

Case No. 26-01182-FPC7

**NOTICE OF APPEARANCE**

TO: The Clerk of the Court

AND TO: The Parties and their counsel of record

**YOU, AND EACH OF YOU WILL PLEASE TAKE NOTICE** that William F. Malaier, Jr. of Ogden Murphy Wallace, P.L.L.C. hereby enters his appearance as counsel of record in this action for Chelan Douglas Regional Port Authority, and you are further notified that service of all further pleadings, notices, documents or other papers in this action, exclusive of process, may be had upon Chelan Douglas Regional Port Authority by serving the undersigned attorney of record at the address below stated.

Chelan Douglas Regional Port Authority does not waive, and expressly reserve, *inter alia*, all applicable defenses, including but not limited to those defenses regarding jurisdiction, process, and service of process.

NOTICE OF APPEARANCE - 1

OGDEN MURPHY WALLACE, PLLC
701 5th Ave, Suite 5600
Seattle, WA 98104
Tel: 206-447-7000/Fax: 206-447-0215

{WFM4928-0074-3349,1,23058.030002/}

26-01182-FPC7    Doc 10    Filed 06/16/26    Entered 06/16/26 10:01:40    Pg 1 of 2

DATED this 16th day of June, 2026.

**OGDEN MURPHY WALLACE, PLLC**

By  */s/ William F. Malaier, Jr.*
William F. Malaier, Jr., WSBA #34152
wmalaier@omwlaw.com
701 Fifth Avenue, Suite 5600
Seattle, WA  98104
*Attorneys for Chelan Douglas Regional
Port Authority*

NOTICE OF APPEARANCE - 2

OGDEN MURPHY WALLACE, PLLC
701 5th Ave, Suite 5600
Seattle, WA 98104
Tel: 206-447-7000/Fax: 206-447-0215
